IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM JARNIGAN,

    Plaintiff,

v.

CHARMAIN J. KLYVE, et al.

    Defendants.

ORDER

Case No. 14-cv-356-jdp

---

WILLIAM JARNIGAN,

    Plaintiff,

v.

NICOLE JOHNSON, et al.

    Defendants.

ORDER

Case No. 14-cv-415-jdp

---

WILLIAM JARNIGAN,

    Plaintiff,

v.

ROBERT D. SPODEN, et al.

    Defendants.

ORDER

Case No. 14-cv-416-jdp

---

In response to this court's May 21, 2014 order in case 14-cv-356-jdp, plaintiff William Jarnigan has submitted an inmate trust fund account statement from the Rock County Jail. Since the May 21 order, plaintiff has also filed two more complaints. Accordingly, the court must determine whether he qualifies for indigent status and, if he does, calculate initial partial payments of the $350.00 fee for filing each of his cases.

In determining whether a prisoner litigant qualifies for indigent status this court applies the formula set forth in 28 U.S.C. § 1915(b)(1). According to this formula, a prisoner litigant must prepay 20% of the greater of the average monthly balance or the average monthly deposits made to his inmate account in the six-month period immediately preceding the filing of the complaint.

From the inmate account statement that plaintiff has submitted, I calculate his initial partial payments for each case to be $7.67. For plaintiff's three cases to proceed, he must submit $7.67 for each case on or before July 9, 2014. Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send plaintiff's initial partial payments to this court.

ORDER

IT IS ORDERED that,

1. Plaintiff William Jarnigan is assessed $7.67 as an initial partial payment of the $350.00 fee for filing case no. 14-cv-356-jdp. He is to submit a check or money order made payable to the clerk of court in the amount of $7.67 on or before July 9, 2014.

2. Plaintiff is assessed $7.67 as an initial partial payment of the $350.00 fee for filing case no. 14-cv-415-jdp. He is to submit a check or money order made payable to the clerk of court in the amount of $7.67 on or before July 9, 2014.

3. Plaintiff is assessed $7.67 as an initial partial payment of the $350.00 fee for filing case no. 14-cv-416-jdp. He is to submit a check or money order made payable to the clerk of court in the amount of $7.67 on or before July 9, 2014.

2. If, by July 9, 2014, plaintiff fails to make the initial partial payments or show cause for his failure to do so, he will be held to have withdrawn these actions voluntarily and the cases will be closed without prejudice to plaintiff's filing them at a later date.

3. No further action will be taken in these cases until the clerk's office receives plaintiff's initial partial filing fees as directed above and the court has screened each complaint as required by the PLRA, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 19th day of June, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge