IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM JARNIGAN,
on behalf of his minor son, T.J.,

    Plaintiff,

  v.

CHARMAIN J. KLYVE, GERI HEIM,
NICOLE JOHNSON, STACEY SPEICH,
TRESSY BROWN, KELLY FREI,
ERICA CAMPBELL, MICAELA
BROETZMANN, ANDREA EHRET and
CHRISTY L. MCCARVILLE THORMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  14-cv-356-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

March 30, 2015  
Date